**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6153**

———————

SALEEM NURIDDIN ABDULLAH,

Petitioner - Appellant,

versus

LLOYD L. WATERS, Warden; NELSON J. BAKER,
Assistant Warden; RICHARD A. LANHAM, SR.,
Commissioner; MELANIE C. PEREIRA, Deputy
Commissioner; SECURITY CHIEF SMITH; THOMAS R.
CORCORAN, Warden; LEHRMAN W. DOTSON, Assistant
Warden; SAMUEL HAWKINS, Security Chief; CALVIN
VINCENT, CCMS II, Transfer Coordinator; TRANS-
PORTATION UNIT,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-97-
3565-AMD)

———————

Submitted: April 16, 1998          Decided: May 4, 1998

———————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Saleem Nuriddin Abduallah, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing without prejudice his complaint in which he seeks injunctive relief against various prison officials. A dismissal without prejudice is not reviewable by the court unless the reasons stated for the dismissal clearly disclose that no amendment to the complaint could cure its defects. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). In the present case, the district court properly found that Appellant failed to show that he would suffer irreparable harm if the requested relief was not granted. The appeal is therefore dismissed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED